1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT MITCHELL,

11              Plaintiff,                    No. CIV S-06-2321 GEB GGH P

12        vs.

13   D.G. ADAMS, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20              Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22              Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $ .54 will be assessed by this order.

24   28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect

25   the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

26   Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

1

month's income credited to plaintiff's prison trust account.  These payments will be forwarded

by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

Plaintiff is assessed an initial partial filing fee of $ .54.  All fees shall be collected and paid in

accordance with this court's order to the Director of the California Department of Corrections

and Rehabilitation filed concurrently herewith.

3.  Service is appropriate for the following defendants: 1) Corcoran State Prison

Employees: D. G. Adams, D.D. Ortiz, K. Daveign, J.A. Diaz, T. Galaviz, B. Streeter, P.

Chatham, J. Hill, R. Hubach, A. Morrison, J. Diaz, S. Tellerico ; 2) High Desert State Prison

Employees: T. Felker, M. McDonald, D. Gunter, M. Wright, D. Billings, D. Vanderville, C.

Adams, S. Babich, R. Ingwerson, G. Marshall, A. Harnden, K. McCraw, J. Lynn, B. Epherson, C.

Lockard, J. Owen, D. Hellwig.

4.  The Clerk of the Court shall send plaintiff twenty-nine (29) USM-285 forms,

one summons, an instruction sheet and a copy of the complaint filed October 20, 2006.

5.  Within thirty days from the date of this order, plaintiff shall complete the

attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 3

above; and

1          d.  Thirty (30) copies of the endorsed complaint filed October 20, 2006.

2          6.  Plaintiff need not attempt service on defendants and need not request waiver of

3    service.  Upon receipt of the above-described documents, the court will direct the United States

4    Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

5    without payment of costs.

6    DATED:  11/1/06

                                                /s/ Gregory G. Hollows
7
                                                _____
8                                               GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
9    GGH:009
     mitc2321.1
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT MITCHELL,

11          Plaintiff,                    No. CIV S-06-2321 GEB GGH P

12      vs.

13   D.G. ADAMS, et al.,                  NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          __1___        completed summons form

19          __29___       completed USM-285 forms

20          __30___       copies of the _October 20, 2006_____
                                        Complaint

21   DATED:

22

23                                    _____
                                      Plaintiff
24

25

26