IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MITCHELL,** <br><br> Plaintiff, <br><br> v. <br><br> **D.G. ADAMS, et al.,** <br><br> Defendants. | 2:06-CV-2321 GEB GGH P <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Plaintiff is a prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. On February 9, 2007, Defendants filed a motion for an extension of time to file a responsive pleading to the complaint. Good cause having been presented to the Court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time until March 30, 2007, in which to file a responsive pleading to the complaint.

IT IS SO ORDERED.

Dated: 2/15/07

/s/ Gregory G. Hollows
_____
U.S. MAGISTRATE JUDGE

mitc2321.po

[Proposed] Order

1