IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

        Plaintiff,                        No. CIV S-06-2321 GEB GGH P

   vs.

D.G. ADAMS, et al.,

        Defendants.               ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On December 13, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant B. Eppherson was returned unserved because "no one by that spelling per HDSP & CDC locator." Plaintiff must provide additional information to serve this defendant, including ascertaining whether he has spelled the name correctly. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed July 10, 2006;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. One copy of the endorsed complaint filed July 10, 2006; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 2/21/07                              /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
mitc2321.8e

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ROBERT MITCHELL,
11             Plaintiff,                 No. CIV S-06-2321 GEB GGH P
12       vs.
13   D.G. ADAMS, et al.,
14             Defendants.                NOTICE OF SUBMISSION
15   _____/ _____   OF DOCUMENTS
16             Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18               1         completed summons form
19               1         completed USM-285 forms
20               2         copies of the   July 10, 2006
                                              Complaint
21   DATED:
22
23                                                _____
                                                              Plaintiff
24
25
26
```