IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MITCHELL,** | Case No 2:06-cv-2321-GEB-GGH (PC) |
| Plaintiff, | **AMENDED ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **D.G. ADAMS, et al.,** | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. On March 29, 2007, Defendants filed a second request for an extension of time to file a responsive pleading to the complaint. Good cause having been presented to the Court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time to and including April 13, 2007, in which to file a responsive pleading to the complaint.

**IT IS SO ORDERED.**

Dated: 4/3/07                           /s/ Gregory G. Hollows
                                        U.S. Magistrate Judge

mitc2321.po2

*[Proposed] Order*

1