IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

      Plaintiff,                        No. CIV S-06-2321 GEB GGH P

  vs.

D.G. ADAMS, et al.,

      Defendants.             ORDER

_____/

           Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By Order, filed on February 4, 2008, defendant Epperson was directed to show cause, within ten days, why the court should not find this defendant in default for failing to file a response to the complaint.

           In a timely response to the show cause order, filed on February 7, 2008, defendant has made an adequate showing that the omission was a result of excusable neglect, and has sought a 45-day extension of time to file a response to the complaint on defendant Epperson's behalf.

           Accordingly, IT IS ORDERED that:

           1. By the February 7, 2008 (# 30), response, defendant Epperson has discharged the February 4, 2008 (# 29 ) show cause order;

1

2. Defendant Epperson is granted 45 days to file a response to the complaint; and

3. There will be no further extension of time.

DATED: 02/19/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
mitc2321.dsc