IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

    Plaintiff,                        2:06-cv-2321-GEB-GGH-P

    vs.

D.G. ADAMS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 4, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2008, are adopted in full;

2. Defendants' April 10, 2007, motion to dismiss [20] for failure to exhaust administrative remedies is denied in part and granted in part, as follows:

(a) denied as to plaintiff's claims of constitutional violations against defendant Morrison for alleged confiscation/destruction of plaintiff's legal property in an incident allegedly occurring in November, 2005;

(b) denied as to the plaintiff's December 6, 2005, claims of discrimination in violation of the Fourteenth Amendment against defendants D.G. Adams, D.D. Ortiz, K. Daveiga, J.A. Diaz, T. Galaviz, B. Streeter, P. Chatham, J. Hill, R. Hubach, A. Morrison, J. Diaz and S. Tellerico;

(c) denied as to plaintiff's claim of retaliation by defendant J.A. Diaz for an alleged incident arising on December 21, 2005;

(d) denied as to plaintiff's claim of retaliation against defendant Hill from an incident allegedly occurring on December 30, 2005;

(e) denied as to plaintiff's claims of retaliation by defendants J. Diaz, Tellerico, and J.A. Diaz, based on an alleged incident occurring on January 4, 2006;

(f) denied as to plaintiff's claims of retaliation by defendants Hill and Morrison, arising from an alleged incident of Feb. 22, 2006;

(g) denied as to plaintiff's claims of retaliation by defendant Hubach for an alleged incident that occurred on Feb. 25, 2006;

(h) granted as to plaintiff's claims of retaliation and discrimination by defendant J. Diaz, alleged to have occurred on March 15, 2006, and these claims are dismissed;

(i) granted as to any claim by plaintiff against defendant Chatham arising from an alleged incident on March 16, 2006;

/////

1  (j) denied as to plaintiff's claims of discrimination and retaliation by defendants Vanderville, Hellwig, and Owen from an alleged event occurring on March 23, 2006, but granted as to claims against these defendants relating to a threat of alleged deprivation of his legal and personal property and this portion of plaintiff's claim against these defendants is dismissed;

(k) granted as to plaintiff's claims against defendants Felker, McDonald, Billings, Gunter, Marshall, Harnden, McCraw, Wright, and Lynn arising from alleged events of March 23, 2006, and March 29, 2006, and these defendants are dismissed;

3. Plaintiff's claims for injunctive relief are dismissed as moot, and this matter shall proceed on the remaining claims against the remaining defendants on plaintiff's claims for money damages only.

Dated: March 3, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge