IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

        Plaintiff,                No. CIV S-06-2321 GEB GGH P

    vs.

D.G. ADAMS, et al.,

        Defendants.         <u>SCHEDULING ORDER</u>

_____/

        Pursuant to Federal Rule of Civil Procedure 16(b), the court will, by this order, set a schedule for this litigation. THIS COURT ORDERS AS FOLLOWS:

        1. The parties may conduct discovery until August 1, 2008. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

        2. All pretrial motions, except motions to compel discovery, shall be filed on or before February 6, 2009. Motions shall be briefed in accordance with paragraph 7 of this court's order filed December 13, 2006. **The court will not look with favor on requests for extensions of time.**

\\\\\

\\\\\

1

1           3. Pretrial conference and trial dates will be set, as appropriate, following
2  adjudication of any dispositive motion, or the expiration of time for filing such a motion.
3  DATED: 03/20/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
mitc2321.41