IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MITCHELL,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**D.G. ADAMS, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:06-cv-2321-GEB-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO TAKE PLAINTIFF'S DEPOSITION AND COMPEL DOCUMENT PRODUCTION** |

　　Defendants' first request for an extension of time to take Plaintiff's deposition and compel document production was considered by this Court and, good cause appearing,

　　IT IS ORDERED that within thirty days of the resolution of Mitchell's motion to compel, either by denial of the motion or service of Defendants' supplemental document production, Defendants are permitted to take Mitchell's deposition and file a motion to compel document production.

Dated: 07/25/08　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

mitc2321.eot

[Proposed] Order Granting Defendants' Request for Extension of Time to Take Plaintiff's Deposition and Compel Document Production

1