IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

      Plaintiff,                   No. CIV S-06-2321 GEB GGH P

      vs.

D.G. ADAMS, et al.,

      Defendants.           ORDER

_____/

      In light of defendants' requested corrections as to the most recently stated discovery and pretrial motion discovery deadlines, and as plaintiff has shown that he did timely pursue a further discovery extension in a request for reconsideration, this court will grant one final scheduling extension as to these deadlines. No further request will be considered.

      Accordingly, IT IS HEREBY ORDERED that:

      1. In response to the requests, filed by defendants on April 8, 2009 (docket no. 66), and by plaintiff on April 10, 2009 (docket no. 67), the discovery deadline is extended until July 31, 2009, and the pretrial dispositive motion deadline is re-set until November 30, 2009.

\\\\\

\\\\\

\\\\\

2.  THERE WILL BE NO FURTHER EXTENSION.

DATED: April 17, 2009.

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
mitc2321.res