IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MITCHELL,**<br><br>Plaintiff,<br><br>v.<br><br>**D.G. ADAMS, et al.,**<br><br>Defendants. | Case No. 2:06-cv-2321-GEB-GGH (PC)<br><br>**ORDER GRANTING LATE-FILING OF DEFENDANTS CROSS-MOTION FOR SUMMARY JUDGMENT** |

Defendants' request for permission to late-file their cross-motion for summary judgment was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendants' cross-motion for summary judgment is deemed timely filed.

Dated: January 5, 2010

/s/ Gregory G. Hollows
_____
U.S. MAGISTRATE JUDGE

Mitc2321.eotsj

1

[Proposed] Order Granting Late-Filing of Defendants' Cross-Motion for Summary Judgment (2:06-cv-2321-GEB-GGH (PC))