1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  GRANT LIEN, State Bar No. 187250
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 327-6749
6   Fax: (916) 324-5205
    E-mail: Grant.Lien@doj.ca.gov

7
   *Attorneys for Defendants Epperson, Adams, Ortiz,*
8  *Daviega, J. Diaz, J.A. Diaz, Vanderville, Galaviz,*
   *Streeter, Chatham, Hill, Hubach, Morrison,*
9  *Tellerico, Owen, and Hellwig*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MITCHELL,** | 2:06-cv-2321-GEB-GGH (PC) |
| Plaintiff, | **STIPULATION FOR MEDIATION BEFORE MAGISTRATE JUDGE VADAS** |
| v. | |
| **D.G. ADAMS, et al.,** | |
| Defendants. | |

The parties stipulate to and request mediation before Magistrate Judge Nador J. Vadas, within 120 days.

Currently, the trial of this case is scheduled to begin on May 24, 2011. Plaintiff and Defendants' pretrial statements are due on November 19, 2010, and December 3, 2010, respectively.

/ / /

/ / /

1

The parties request that the due dates for their pretrial statements and the trial date be vacated and rescheduled, if necessary, after the mediation.

IT IS SO STIPULATED.

Dated: October __, 2010

_____
ROBERT MITCHELL
Plaintiff

Dated: October __, 2010

_____
GRANT LIEN
Attorneys for Defendants

**ORDER**

The Court, having considered the parties' stipulation for mediation, and good cause showing, orders that this matter be mediated before Magistrate Judge Vadas within 120 days. The Court vacates the current deadlines for pretrial statements and the trial date. If no settlement is reached, the Court will reschedule the due dates for pretrial statements and the trial date.

IT IS SO ORDERED.

Dated: October 6, 2010           /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

Mitc2321.med

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    Robert Mitchell v. D.G. Adams, et al.

Case No.:    2:06-cv-2321-GEB-GGH (PC)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 4, 2010, I served the attached **STIPULATION FOR MEDIATION BEFORE MAGISTRATE JUDGE VADAS**, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Robert Mitchell, P-87230
Folsom State Prison
P.O. Box 950
Represa, CA 95671
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 4, 2010, at Sacramento, California.

| C. Rubio | /s/ C. Rubio |
|---|---|
| Declarant | Signature |

SA2007300124
31112731.doc