

FILED

NOV 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Robert Mitchell
P-87230
Folsom State Prison
P.O. Box 950
Represa, CA 95763

Plaintiff in pro per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ROBERT MITCHELL,**

    Plaintiff,

vs.

**D.G. ADAMS, et al.,**

    Defendants

No. CIV S-06-2321 GEB GGH P

[PROPOSED] ORDER APPOINTING COUNSEL

Upon review of plaintiff's motion for appointment of counsel and the documents on file and good cause appearing therefor, the court finds as follows:

1. Plaintiff has made substantial efforts to obtain legal representation and has been unable to do so. Further efforts to obtain the services of counsel without order of this court would be futile;

2. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and is otherwise without resources to obtain counsel;

3. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

4. This case is not a fee generating case within the meaning of California Business and Professional Code § 8030.4(g);

1

5. This case has sufficient merit to warrant appointment pursuant to General Order No. 230;

Therefore this court orders as follows:

1. The King Hall Civil Rights Clinic is appointed as attorney for plaintiff pursuant to General Order No. 230 for the limited purpose of representing Plaintiff in mediation proceedings;

2. The Clerk of the Court is directed to send counsel a copy of the file in this matter; and

~~3. Counsel shall submit all deposition transcript costs for payment pursuant to section 8030.6 of the California Business and Professions Code. All other contemplated costs shall be handled as described in General Order 230.~~

~~4. This case is set for status conference on _____, 2010 at __ __m.~~

Nov-16, 2010

GREGORY G. HOLLOWS
United States ~~District~~ Judge
Mag.