UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL, | NO. 2:06-cv-02321-GEB-GGH-P |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs. | |
| D.G. ADAMS, et al., | as to Robert Mitchell, CDCR # P-87230 |
| Defendants. | |
| _____ | |

    **Robert Mitchell**, inmate CDCR# P-87230, a necessary and material witness in proceedings in this case on February 1, 2011, is confined in Folsom State Prison, 300 Prison Road, Represa, CA, 95630, in the custody of the Warden, Mr. Rick Hill; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison - Solano, 2100 Peabody Road, Vacaville, California, 95696, on **February 1, 2011 at 11:00 a.m. for the settlement conference.**

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-to-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden of Folsom State Prison, 300 Prison Road, Represa, CA, 93261:**

    **WE COMMAND** you to produce the inmate named above to testify in person before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:** 1/7/11 _____

_____
MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Nandor J. Vadas*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA