KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff, Robert Mitchell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MITCHELL,** | No.  CIV S-06-2321 GEB GGH P |
| Plaintiff, | **ORDER** |
| vs. | **APPOINTING COUNSEL** |
| **D.G. ADAMS, et al.,** | |
| Defendants | |

Upon review of plaintiff's motion for appointment of counsel and the documents on file and good cause appearing therefor, the court finds as follows:

1. Plaintiff has made substantial efforts to obtain legal representation and has been unable to do so.  Further efforts to obtain the services of counsel without order of this court would be futile;

2. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and is otherwise without resources to obtain counsel;

1

1  3. This case is of a type that attorneys in this district ordinarily do not accept without
2  prepayment of a fee;
3  4. This case is not a fee generating case within the meaning of California Business and
4  Professional Code § 8030.4(g);
5  5. This case has sufficient merit to warrant appointment pursuant to General Order No.
6  230;
7  Therefore this court orders as follows:
8  1. The King Hall Civil Rights Clinic is appointed as attorney for plaintiff pursuant to
9  General Order No. 230;
10  2. The Clerk of the Court is directed to send counsel a copy of the file in this matter; and
11  3. Counsel shall submit all deposition transcript costs for payment pursuant to section
12  8030.6 of the California Business and Professions Code.  All other contemplated costs shall be
13  handled as described in General Order 230.
14  4. This case is set for status conference on April 7, 2011 at 10:00 a.m.

Dated: March 11, 2011

/s/ Gregory G. Hollows
_____
United States Magistrate Judge