IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

    Plaintiff,                    No. CIV S-06-2321 GEB  GGH P

   vs.

D.G. ADAMS, et al.,

    Defendants.               <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding with appointed counsel, seeks relief pursuant to 42 U.S.C. § 1983. The April 7, 2011, status conference in this matter is hereby VACATED from the court's calendar, and the status conference is hereby RE-SCHEDULED for April 28, 2011, at 10:00 a.m. before the undersigned.

      IT IS SO ORDERED.

DATED: March 31, 2011

                                              /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
mitc2321.stc