KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

*Attorneys for Plaintiff, Robert Mitchell*

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 445-4928
Facsimile:  (916) 324-5205
E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Adams, Daviega, J. Diaz, J.A. Diaz, Epperson, Hellwig, Hill, Hubach, Morrison, Ortiz, Owen, Tellerico, and Vanderville*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MITCHELL,** | No.  2:06-cv-2321 GEB-GGH |
| Plaintiff, | **AMENDED CONDITIONAL ORDER OF REASSIGNMENT** |
| vs. | |
| **D.G. ADAMS, et al.,** | |
| Defendants | |

1

1 All parties in the above-captioned case have filed a "Consent to Jurisdiction of United States Magistrate Judge." See 28 U.S.C. § 636 (c). According to E.D. Cal. Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the assignment of the action to the magistrate judge. I approve the assignment, and if the magistrate judge approves the assignment all documents thereafter filed shall bear case number and initials 2:06-cv-2321 GGH, and the then scheduled dates before me are VACATED.

Dated: August 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge