KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

*Attorneys for Plaintiff, Robert Mitchell*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MITCHELL,** | No. 2:06-cv-2321 GEB-GGH |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| vs. | |
| **D.G. ADAMS, et al.,** | |
| Defendants | |

    All parties in the above-captioned case have filed a "Consent to Jurisdiction of United States Magistrate Judge." See 28 U.S.C. § 636 (c). According to E.D. Cal. Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The district court has approved the assignment. (ECF No. 131). Having also reviewed this file, I accept reference of this case for all further proceedings and entry of final judgment.

    The final pretrial conference before the undersigned is now set for Thursday, September 29, 2011, at 10:00 a.m. The parties shall file a joint pretrial statement no later than seven (7) calendar days prior to the final pretrial conference, in accordance with the Court's order of April 29, 2011 (ECF No. 123).

1  The jury trial is now set for Monday, October 31, 2011, at 9:00 a.m. before the
2  undersigned.
3  Dated:  August 22, 2011                             /s/ Gregory G. Hollows
                                                       GREGORY G. HOLLOWS
4                                                      UNITED STATES MAGISTRATE JUDGE
5
6  mitc2321.acst