Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiffs,
Robert Mitchell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MITCHELL,** | No. 2:06-cv-2321-GGH |
| Plaintiff, | ORDER ON STIPULATION OF DISMISSAL |
| vs. | Fed. R. Civ. Pro. 41(a)(1)(A)(ii); |
| **D.G. ADAMS, et al.,** | Local Rule 143 |
| Defendants | |

On this day came on to be considered the parties' stipulation of dismissal of Defendants R. Epperson, J. Hill, and R. Hubach as defendants in the above entitled action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and E.D. Local Rule 143, and the Court, having reviewed the stipulation, does hereby ORDER, that the Plaintiff's actions against R. Epperson, J. Hill and R. Hubach are hereby dismissed.

Dated: September 29, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE