IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

      Plaintiff,                    No. CIV S-06-2321 GGH P

    vs.

D.G. ADAMS, et al.,

      Defendants.          <u>ORDER</u>

_____/

       A Pretrial Conference in this matter was held on September 29, 2011, at which Carter White, Supervising Attorney of the UC Davis King Hall Civil Rights Clinic and Certified Law Students William McKinnon, Daniel Choi, and Lindsay Gold represented plaintiff; defendants were represented by Supervising Deputy Attorney General Diana Esquivel.  The court ORDERED supplemental briefing to be filed within ten days of the Pretrial Conference to include:

       1.  A joint statement of disputed issues on the retaliation claims;

       2.  A joint statement setting forth the evidentiary issues that remain in dispute;

       3.  A joint statement setting forth all evidentiary stipulations.

       4.  Specific discovery responses by the parties to be introduced in the case in chief of both plaintiff and defendants.

1

5. Briefing by the parties as to any basis, or not, for injunctive relief on the adjudicated equal protection claim and the form of any such prospective relief.

DATED: September 29, 2011

                                      /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
mitc2321.ord2