UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

       Plaintiff,

vs.

D.G. ADAMS, et al.,

       Defendants.

NO. 2:06-cv-02321-GGH-P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

as to Larry Wimberly, CDCR # P-92181

---

**Larry Wimberly**, inmate CDCR# P-92181, a necessary and material witness in proceedings in this case on October 31, 2011, is confined in California State Prison - Sacramento, Prison Road, Represa, CA, 95671, in the custody of the Warden, Mr. Tim Virga; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom No. 9, on **October 31, 2011 at 9:00 a.m. and continuing throughout the duration of the jury trial.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-to-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden of California State Prison - Sacramento, Prison Road, Represa, CA, 95671:**

**WE COMMAND** you to produce the inmate named above to testify in person before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: Oct. 17, 2011

**GREGORY G. HOLLOWS**
Honorable Gregory G. Hollows
United States Magistrate Judge